IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE V. WILLIAMS, #239426, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:15-CV-728-WKW |
| JOSEPH WOMBLE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On January 7, 2016, the Magistrate Judge filed a Recommendation (Doc. # 25) to which Plaintiff filed an objection (Doc. # 31). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that the objection is without merit.[1] Accordingly, it is ORDERED as follows:

(1)  Plaintiff's objection (Doc. # 31) is OVERRULED;

(2)  The Recommendation (Doc. # 25) is ADOPTED;

(3)  Plaintiff's motion for a preliminary injunction (Doc. # 19) is DENIED; and

---

[1] The objection references a potential appeal of the order denying Plaintiff's motion for a temporary restraining order (Doc. # 20). However, an order denying a temporary restraining order is not appealable. *See Mitsubishi Int'l Corp. v. Cardinal Textile Sales, Inc.*, 14 F.3d 1507, 1515 (11th Cir. 1994) ("Final judgments and collateral orders are appealable . . . but non-final orders are not; preliminary injunctions are appealable but temporary restraining orders are not.").

(4)     The case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 21st day of January, 2016.

                                         /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE