IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD VINCENT WILLIAMS, #239426, A/K/A RONNIE WILLIAMS, </br></br>Plaintiff,</br></br>v.</br></br>JOSEPH WOMBLE, *et al.*,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>) CIVIL ACT. NO. 2:15-cv-728-ECM</br>)</br>)</br>)</br>) |

# **O R D E R**

On April 5, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 69). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 69) be and is hereby ADOPTED.

2. Defendants' motions for summary judgment (docs. 22, 27, 40) be and are hereby GRANTED.

3. This case be and is hereby DISMISSED with prejudice.

4. Costs are taxed against Plaintiff for which execution may issue.

A separate Judgment will be entered.

DONE this 6th day of May, 2019.

                                        /s/ Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE